In re Application of Samuels.

[Cite as *In re Application of Samuels* (1994), 70 Ohio St.3d 537.]

(No. 94–977—Submitted July 27, 1994—Decided October 19, 1994.)

538

*Culbreath & Associates* and *Stanlee Culbreath,* for the applicant.

*Luper, Wolinetz, Sheriff & Neidenthal* and *Gunther K. Lahm,* for the Columbus Bar Association.

*Per Curiam.* After careful consideration of the record before us, we concur in the board's findings and recommendation. Samuels's application for registration as a candidate for admission to the practice of law in Ohio is disapproved. He may not reapply until necessary to become eligible to take the July 1996 bar examination.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., not participating.